UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PRIME TABLE GAMES LLC,

            Plaintiff,

v.

NATIONAL TABLE GAMES CORPORATION

            Defendant.

Case No. 3:09-cv-346-HTW-LRA

## Plaintiff's Corporate Disclosure Statement

As required by FED.R.CIV.P. 7.1(a) and Local Rule 7.3, the undersigned provides:

Plaintiff, PRIME TABLE GAMES LLC, has no parent corporations and there are no publicly held companies that own 10% or more of its stock

Respectfully submitted,

**PRIME TABLE GAMES LLC,** *et al*
by their Attorneys

July 6, 2009

s/ David W. Clark
David W. Clark (MBN 6112)
Mason E. Lowe (MBN 102393)
BRADLEY ARANT ROSE & WHITE LLP
One Jackson Place
188 East Capitol Street, Suite 450
Jackson, MS 39201
Tel: 601-948-8000
Fax: 601-948-3000

1500348

Robert A. Rowan (MBN 43783)
rar@nixonvan.com
Joseph S. Presta (MBN 43785)
jsp@nixonvan.com
Michael E. Crawford (MBN 43786)
mec@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Road
Arlington, VA 22203
Tel: 703-816-4000
Fax: 703-816-4100

1500348