# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

PRIME TABLE GAMES LLC,

Plaintiff,

v.

NATIONAL TABLE GAMES CORPORATION

Defendant.

Case No. 3:09-cv-346-HTW-LRA

## NOTICE OF DISMISSAL

The Plaintiff, Prime Table Games LLC, dismisses the Complaint filed in this action pursuant to FRCP Rule 41(a)(1)(A). No answer or motion for summary judgment has been served.

Respectfully submitted,

**PRIME TABLE GAMES LLC,**

October __7__, 2009

s/ David W. Clark_____
David W. Clark (MBN 6112)
Mason E. Lowe (MBN 102393)
BRADLEY ARANT ROSE & WHITE LLP
One Jackson Place
188 East Capitol Street, Suite 450
Jackson, MS 39201
Tel: 601-948-8000
Fax: 601-948-3000

1500348

Robert A. Rowan (MBN 43783)
rar@nixonvan.com
Joseph S. Presta (MBN 43785)
jsp@nixonvan.com
Michael E. Crawford (MBN 43786)
mec@nixonvan.com
NIXON & VANDERHYE P.C.
901 North Glebe Road
Arlington, VA 22203
Tel: 703-816-4000
Fax: 703-816-4100

1500348